**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**SHAWN STALLINGS,**                                                    **PETITIONER**

**V.**                                                           **NO. 1:05CV267-D-D**

**LEPHER JENKINS, ET AL,**                                              **RESPONDENTS**

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** with prejudice as barred by the applicable statute of limitations.

**IT IS SO ORDERED**.

THIS the 7th day of November, 2005.

                                  /s/ Glen H. Davidson
                                    CHIEF JUDGE